# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| TINA MARIE MAYO | CASE NO. 3:19-CV-1658 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| ANDREW SAUL, COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 19] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**, in its entirety, and that this matter is hereby DISMISSED WITH PREJUDICE.

Monroe, Louisiana, this 21st day of January, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE